IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Ronald O. Bubar, | : | |
| Plaintiff | : | Civil Action 2:12-cv-0359 |
| v. | : | Judge Watson |
| Mayflower Transit, LLC, | : | Magistrate Judge Abel |
| Defendant | : | |

# ORDER

On October 19, 2012, counsel called and reported that this case has been settled. A dismissal entry will be filed within the next two weeks.

s/Mark R. Abel
United States Magistrate Judge